IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NANCY GAINEY,

    Plaintiff,

vs.                              CASE NO.: 1:07cv25-SPM/AK

CHOWDHURY & HINES
CHICKEN, INC.,

    Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

Pending before the Court is Plaintiff's Counsel's Motion to Withdraw (doc. 18). Proper notice has been provided to Defendant. Plaintiff consents to the withdrawal. Accordingly, it is

ORDERED AND ADJUDGED:

1.    Plaintiff's Counsel's Motion to Withdraw (doc. 18). is granted.

2.    On or before August 3, 2007, Plaintiff Nancy Gainey shall effect the filing of a notice of appearance by her new lawyer or file a written notice confirming her intention to proceed *pro se*, that is, to represent herself in this case.

DONE AND ORDERED this 2nd day of July, 2007.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge